| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 8-28-05 | CASE NUMBER 05-3806 |
|---|---|---|---|

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| JENKINS, WILLIAM ROBERT | Chico, CA 95973 | |

| NAME[s] OF SURETY[ies] | ADDRESS[es] OF SURETY[ies] | TELEPHONE NUMBER(s) |
|---|---|---|
| O.R. | | |

| NAME OF CUSTODIAN | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

| AMOUNT OF BOND | ☐ UNSECURED | ☐ SECURED BY | OTHER SECURITY POSTED/TO BE POSTED BY | TIME AND DATE OF NEXT APPEARANCE | COURTROOM |
|---|---|---|---|---|---|
| $ 0.00 | | $ O.R. DEPOSIT RECEIVED | | Sept. 27, 2005 @ 9AM U.S. Magistrates Court Yosemte, CA | |

### CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each conditions checked:

- ☒ Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
- ☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
- ☒ Defendant shall not commit any federal, state, or local crime.
- ☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
- ☐ Defendant shall not travel outside the Eastern District of California, that is, these counties: Alpine, Amador, Butte, Calaveras, Colusa, El Dorado, Fresno, Glenn, Inyo, Kern, Kings, Lassen, Madera, Mariposa, Merced, Modoc, Mono, Nevada, Placer, Plumas, Sacramento, San Joaquin, Shasta, Sierra, Siskiyou, Solano, Stanislaus, Sutter, Tehama, Trinity, Tulare, Tuolumne, Yolo, Yuba, See map on reverse side.
- ☒ Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in the writing of any change in address and telephone number.
- ☐ Defendant shall report to and comply with the rules and regulations of the Pretrial Services Agency, and contact that agency by phone for further instructions of the first working day following your release from custody.
- ☐ Defendant shall surrender all passports and visas to the Court by _____ and shall not apply for any other passports.
- ☐ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
- ☐ Defendant shall remain in the custody of the custodian named above, who agrees to supervise him/her and to report any violation of a release condition to the U.S. Marshal. If the custodian fails to do so, he/she will be prosecuted for contempt of court.

> TO NOTIFY U.S. MARSHAL: Monday through Friday, 8:00 A.M. to 4:30 P.M. — (559) 498-7205
> After hours, weekends and holidays — (800) 336-0102

- ☐ Defendant shall participate in (drug) (alcohol) (psychiatric) counseling, and submit to drug testing, as directed by Pretrial Services.
- ☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
- ☐ The following conditions also apply:

### CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgement may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT X [signature] SIGNATURE OF CUSTODIAN | SIGNATURE(s) OF SURETY[ies] |
|---|---|
| Signed before me on the date shown above. This order authorizes the Marshal to release defendant from custody. | SIGNATURE OF MAGISTRATE [signature] |

1. CLERK OF COURT — WHITE COPY

EDCA-1

(for issuance of an arrest warrant or summons)

I state that on August 27, 2005 at 2052 hours while exercising my duties as a law enforcement officer in the Eastern District of California.

Pursuant to a stop for driving past a sign that stated DO NOT ENTER on the Yosemite Village Bus Loop (36 CFR 4.12) on a black Mercury (CA License Plate # 1NMM451) I contacted the driver. Identified by his verbal statement to me and his California Driver's License (#N0356217) as William Robert JENKINS.

I administered three field sobriety tests to JENKINS and observed clinical and physical signs of impairment on all tests. JENKINS provided a breath sample on a portable breathalyzer (Serial# 007134, Temperature 31C) that registered .106% BAC at 2102 hours.

After transport to the Yosemite Holding Facility, JENKINS provided me a breath sample on the Drager EPAS (Serial # ARRF-0349). The breath sample registered 0.10% BAC at 2116 hours.

I arrested and charged JENKINS with 36 CFR 4.23(a) (2), driving under the influence of alcohol with a BAC greater than or equal to 0.08% (Violation Notice P427818).

The foregoing statement is based upon:
_x_ my personal observation _x_ my personal investigation
_x_ information supplied to me by my fellow officer ___ other

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/27/05
Date

_signature_
U.S. Park Ranger Jeremy Phillips

Probable cause has been stated for the issuance of a warrant.
Executed on: _____
Date                        U.S. Magistrate Judge

---

# United States District Court
## Violation Notice

Loc Code: CA74
Violation No. P 427818
Print Officer Name: Jeremy Phillips
Officer No. 90154

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged |
|---|---|
| 8/27/05 2102hrs | 36CFR 4.23 (a)(2) |

Place of Offense: VILLAGE DRIVE
Offense Description: DRIVING UNDER THE INFLUENCE OF ALCOHOL WITH A BAC OF GREATER THAN OR EQUAL TO .08

Defendant's Last Name: JENKINS   First Name: WILLIAM   M.I.: R.
Street Addr: ___
City: CHICO   State: CA   Zip Code: 95973   Date of Birth: ___   D.L. State: CA   Social Security Number: ___
Driver's License No: N0356217

### VEHICLE DESCRIPTION
| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| 1NMM451 | CA | 1985 | MERC | BLACK |

A ☒ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS.
___ I wish to terminate this matter by paying the collateral shown below, enclosed.
___ I plead not guilty and promise to appear as required.

Court Address

YOUR COURT DATE
Date ___ Time ___

Collateral (fine): ARREST
For payment by credit card, SEE INSTRUCTIONS.
Original - CVB Copy

Physical Description
| Sex | Race | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| M | W | 6'10 | 185 | BRN | BRN |

Weather Conditions: Clear Cloudy Rain Snow Ice (Circle One)
Traffic Conditions: Light Medium Heavy Fog   Juvenile

P 427818

NPS Form 10-50, Rev. 6/00